MICHAEL E. MITCHELL #240199
MITCHELL LAW GROUP, INC.
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone:   (559) 222-2424
Facsimile:    (559) 222-2434

Attorney for Defendant:
**CHRISTOPHER CLINE**

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CLINE ,<br><br>Defendant. | Citation No.: 6:13-MJ-00080-MJS-1<br><br>**STIPULATION TO CONTINUE ARRAIGNMENT DATE FOR DEFENDANT CHRISTOPHER CLINE; ORDER**<br><br>Date: August 21, 2013<br>Time: 10:00 a.m.<br>Place: Yosemite Court |

The parties, by and through their undersigned attorneys, hereby stipulate as follows:

1.   The arraignment hearing for Defendant CHRISTOPHER CLINE presently scheduled for Wednesday August 21, 2013, at 9:00 a.m, may be continued until Tuesday, September 24, 2013, at 10:00 a.m. The reason for this continuance is due to unavailability of counsel on Wednesday August 21, 2013.

Dated: August 18, 2013          /s/ Michael E. Mitchell
                                Michael E. Mitchell, Attorney for
                                Defendant, CHRISTOPHER CLINE

Dated: August 18, 2013          /s/ Matthew McNease
                                Matthew McNease/National Park Service

STIPULATION BY THE PARTIES TO CONTINUE ARRAIGNMENT OF CHRISTOPHER CLINE - 1

**ORDER**

IT IS SO ORDERED that the arraignment for Defendant Christopher Cline be continued to Tuesday, September 24, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **August 19, 2013**                           _____
                                                       UNITED STATES MAGISTRATE JUDGE