MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**CHRISTOPHER CLINE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:13-mj-00080-MJS-1 |
| Plaintiff, ) | |
| ) | **WAIVER OF DEFENDANT'S** |
| vs. ) | **PERSONAL PRESENCE; ORDER** |
| ) | **THEREON** |
| CHRISTOPHER CLINE., ) | |
| Defendant. ) | Date:   September 24, 2013 |
| ) | Time:   10:00 A.M. |
| ) | Dept:   Yosemite Magistrate Court |

Pursuant to F.R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his/her right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences, motions hearings, change of plea, trial, and/or sentencing.

Defendant hereby request that this Court proceed in his/her absence on every occasion that the Court may permit, pursuant to this waiver.  He/she agrees that his/her interests shall be

///
///
///
///
///
///

represented at all times by the presence of his/her attorney, Michael E. Mitchell, the same as if Defendant were personally present.

DATED: 9/3/13                               /s/ Christopher Cline_____
                                            Christopher Cline, Defendant


DATED: 9/4/13                               /s/ Michael E. Mitchell_____
                                            Michael E. Mitchell
                                            Attorney for Defendant


**ORDER**

No good cause, or any cause, having been presented in support of Defendant's request for waiver of his appearance at hearings in this case, the said request is hereby **DENIED,** albeit without prejudice.

IT IS SO ORDERED.

Dated:   September 6, 2013          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE