Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER GLENN CLINE,<br><br>　　　　　Defendant. | No. 6:13-mj-80-MJS<br><br>STIPULATION TO VACATE TRIAL DATE AND SET FOR PLEA AND SENTENCE; AND ORDER THEREON |

　　　IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant Christopher Glenn Cline, by and through his attorney, Michael Mitchell, that the Bench Trial in the above-captioned matter set for January 22, 2014 shall be vacated. The parties have reached an agreement and have fully signed a "Change of Plea Agreement." The parties request a Plea and Sentencing Hearing be set for January 14, 2014 at 10:00 a.m.  .

　　　Dated:  December 19, 2013　　　　　　/S/ Matthew McNease_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Matthew McNease
　　　　　　　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park

1

Dated:  December 19, 2013           /S/ Michael Mitchell_____
                                    Michael Mitchell
                                    Attorney for Christopher Glenn Cline

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the December 23, 2013, Trial Confirmation Hearing and the January 22, 2014, Bench Trial for *U.S. v. Cline and the* case number 6:13-MJ-080-MJS, is hereby vacated, and a Plea and Sentencing Hearing is set for February 11, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   December 23, 2013          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

2