MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**CHRISTOPHER CLINE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:13-mj-00080-MJS-1 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY OR BY VIDEO FOR CHANGE OF PLEA AND SENTENCING; ORDER** |
| CHRISTOPHER CLINE., | ) |
| Defendant. | ) Date:  January 14, 2014<br>) Time:  10:00 A.M.<br>) Dept:  Yosemite Magistrate Court |

Pursuant to Fed. R. Crim. P. 43(b)(2), Defendant, Christopher Cline, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to appear via telephone for a change of plea hearing and sentencing.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Michael E. Mitchell, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.

Mr. Chris Cline has moved from British Columbia, Canada, after losing his employment as the assistant head coach at Simon Fraser University.  Due to his loss of employment, Mr. Cline has relocated to Salisbury, North Carolina.  He is currently unemployed since he lost job in October.  He has been in North Carolina since October 22, 2013.  He has attempted to obtain coaching positions; however, he has been unable to do so.  His finances have dwindled to a total

of $49.35. A redacted copy of his checking account balance is attached herewith as Exhibit A. In addition, he is currently living with his parents.

      Mr. Cline has come to an agreement with the government and expects to enter a plea of guilty to Count 2 of the Complaint, a violation of 36 CFR § 4.23(a)(2). The defense expects that the government will dismiss the remaining counts at the time of sentencing. An executed Change of Plea Agreement is attached to this motion as Defendant's Exhibit B.

      Accordingly, Mr. Cline requests that the court permit him to appear via telephone or by video for a change of plea hearing and sentencing

DATED: December 18, 2013        /s/ *Christopher Cline*
      Christopher Cline, Defendant

DATED: December 18, 2013        /s/ *Michael E. Mitchell*
      Michael E. Mitchell
      Attorney for Defendant

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant is permitted to appear telephonically for change of plea and sentencing.

.

IT IS SO ORDERED.

Dated:  January 2, 2014        /s/ *Michael J. Seng*
      UNITED STATES MAGISTRATE JUDGE